**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **DELAINO GARLAND,** | ) |
| | ) |
| **Plaintiff,** | ) |
| vs. | ) No. 3:16-CV-1287-N-BH |
| | ) |
| **CHIEF U.S. MARSHAL, et al.,** | ) |
| | ) |
| **Defendants.** | ) Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the plaintiff's *Motion to Reconsider De Novo Anew/Hear De Novo*, received January 10, 2017 (doc. 25), is construed as a motion to alter or amend the judgment under Fed. R. Civ. 59(e), and is **DENIED**.

SIGNED this 17th day of February, 2017.

_____
**UNITED STATES DISTRICT JUDGE**